**UNITED STATES DISTRICT COURT**

Western District of Texas

U.S. Pretrial Services Office

July 14, 2021

Carlos J. Urrutia
Chief U.S. Pretrial Services Officer

Antonio Acosta
Deputy Chief

Oscar Torres
Ivonne Castanon
Assistant Deputy Chief

<u>Austin Supervisor</u>

Amanda R. Ceballos

Reply to:
501 West 5th Street
Austin, TX 78701-3822
(210) 244-5445

**United States Magistrate Judge
United States Courthouse
501 West 5th Street.
Austin, Texas 78701**

**RE: Darien Smith
CASE NO.: 1:20CR00162-1
BOND VIOLATION – NO ACTION REQUESTED**

Honorable Magistrate Judge:

On July 15, 2020, Darien Smith was released by the Honorable Susan Hightower, U.S. Magistrate Judge on a Personal Recognizance bond with pretrial supervision. The defendant is pending disposition for violations of Count 1: Title 21 U.S.C. § 846, 841(a) and 841(b)(1)(C): Conspiracy to Possess with Intent to Distribute Oxymorphone; Count 2: Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(C): Possess with intent to distribute Oxymorphone.

On July 13, 2021, after conducting a record check, it was revealed the defendant was arrested by the Round Rock Police Department on July 3, 2021, for driving with license invalid with previous conviction/suspended without financial responsibility (misdemeanor). On July 4, 2021, the defendant was released on a $1,000.00 surety bond. Subsequent contact with the defendant resulted in his admission to forgetting to notify U.S. Pretrial Services of the arrest. The defendant apologized for not reporting the incident as soon as possible. Pretrial Services advised the defendant to be forthcoming in the future and cautioned him to comply with the conditions of bond. It should be noted, the defendant is scheduled for a Sentencing Hearing on August 13, 2021, before U.S. District Judge, Lee Yeakel.

As such, Pretrial Services recommends the defendant be admonished and reminded to report any contact with law enforcement and instructed to comply with any pending state matters. Assistant United States Attorney Mark Marshall has been informed of the violation and concurs with the recommendation of Pretrial Services.

This information is being provided to the Court as information only and no action is being requested at this time.

If any further information should be required, please contact this officer at (512) 839-0675.

Respectfully,

*Daniel Palomares*
Daniel Palomares
U.S. Pretrial Services Officer

*Amanda R. Ceballos*
Amanda R. Ceballos
Supervisory U.S. Pretrial Services Officer

cc: U.S. District Judge   U.S. Attorney   Defense Counsel

The Court does concur ____✓____     The Court does not concur _____

7/14/21

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE